719 A.2d 309

**Agnes OTTERSON**

v.

**Allen JONES, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 19, 1998.

Decided Nov. 9, 1998.

William H. Resch, Jr., Philadelphia, for Allen Jones.

Evan K. Aidman, Bryn Mawr, for Agnew Otterson.

Dale G. Larrimore, Philadelphia, for Amicus-PA Trial Lawyers Assn.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.